# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ARTURO VERDUZCO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC,<br><br>　　　　　　Defendant. | Case No.:　1:18-cv-1681-DAD-SKO<br><br>Judge: Sheila K. Oberto<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Filed concurrently with Stipulation to Continue Scheduling Conference)<br><br>(Doc. 24) |

## ORDER

The Court, having considered the Stipulation to Continue Scheduling Conference (Doc. 24), and good cause appearing, CONTINUES the Scheduling Conference from January 28, 2020 to **March 31, 2020, at 10:15 A.M. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The parties are to submit their joint scheduling report one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated: **January 7, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE