# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO VERDUZCO, | Case No. 1:18-cv-01681-DAD-SKO |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| v. | (Doc. 51) |
| CON AGRA FOODS PACKAGED FOODS, LLC, | |
| Defendant. | |

Plaintiff Arturo Verduzco, appearing *pro se*, filed this action on December 11, 2018. (Doc. 1.) On October 12, 2021, Plaintiff filed a "Motion for Permission to Access the Federal Pacer ECF System." (Doc. 51.) In his motion, Plaintiff seeks the Court's permission to "access the Federal Pacer ECF System"[1] and to file documents electronically through the Court's case management/electronic case filing ("CM/ECF") system. Pursuant to the Local Rules of the United States District Court, Eastern District of California ("Local Rules"), a *pro se* party shall file and serve paper documents as required by the Rule. Local Rules 133(a), 135(b). A party appearing *pro se* may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties or by motion. Local Rule 133(b)(2), (3).

Plaintiff contends that he is "prejudiced" in this litigation by the paper filing requirement

---

[1] The Court notes that court permission is not required for Plaintiff to register for a PACER account to view and download documents filed in this matter.

because it takes additional time to deliver physical documents to the courthouse drop-box, and he "must wait sometimes for days just to learn if the filing is accepted," whereas Defendant has access to electronic filing through CM/ECF. (Doc. 51 at 3.) Upon review of the pleadings in this action and the instant motion, the Court finds that this action does not warrant an exception to the Local Rules requiring *pro se* parties to file and serve paper documents.  Plaintiff's inability to file electronically does not appear to have hampered his ability to litigate this case to date, as he has been able to respond to motions and comply with court orders for nearly two years now without any apparent issues. (*See* Docket.) To the extent Plaintiff requires more time to file and or respond to filings in the future, he may enter into a stipulation with Defendant or, if a stipulation cannot be reached, he may request an enlargement of time from the Court upon a showing of good cause (to which the Court will accord some deference, given his *pro se* status). *See* E.D. Cal. L.R. 144.

Based on the foregoing, Plaintiff's motion for permission to file through CM/ECF is DENIED. The hearing on the motion, currently set for October 19, 2021, is VACATED.

IT IS SO ORDERED.

Dated:   **October 13, 2021**              /s/ *Sheila K. Oberto*
                                                                                  UNITED STATES MAGISTRATE JUDGE