UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO VERDUZCO,<br><br>  Plaintiff,<br><br>v.<br><br>CON AGRA FOODS PACKAGED FOODS, LLC,<br><br>  Defendant. | No. 1:18-cv-01681-ADA-SKO<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTIONS TO COMPEL AND VACATING HEARING<br><br>(Docs. 60, 61, 62, 64, 65, 66) |

On August 3, 2022, pro se Plaintiff Arturo Verduzco filed motions to compel discovery responses (the "Motions") from Defendant Con Agra Foods Packaged Foods, LLC ("Defendant"). (Docs. 60, 61, 62, 64, 65, 66.) Specifically, Plaintiff moves to compel responses to: (1) Requests for Admission, Set One (Doc. 60); (2) Interrogatories, Set One (Doc. 61); and Request for Production of Documents, Set One (Doc. 62).[1] The parties filed their "Joint Statement re Discovery Disagreement" directed to the Motions, as required by this Court's Local Rule 251, on August 24, 2022 (the "Joint Statement"). (Doc. 70.)

Local Rule 251 requires that the parties meet and confer in a *good faith* effort to resolve the differences that are the subject of a motion to compel before the motion may be heard. E.D. Cal. L.R. 251(b). Based on the parties' representations in the Joint Statement, it does not appear that the parties have met this requirement. For example, the Joint Statement indicates that

---

[1] It appears that the Motions were filed on the docket twice. (*Compare* Doc. 60 *with* Doc. 65; Doc. 61 *with* Doc. 66; Doc. 62 *with* Doc. 64.)

1

1   Plaintiff "has agreed to withdraw all pending Motions as soon as Defendant provides
2   supplemental responses and documents prior to the hearing date on the Motion." (Doc. 70 at 3.)
3   Defendant represents that it has agreed "to supplement the vast majority of the deficiencies"
4   identified by Plaintiff, and that Defendant had also requested more time from Plaintiff to respond
5   to Plaintiff's requests. (Doc. 70 at 3, 4.)  Thus, it appears that many of these disputes may be
6   resolved entirely between the parties, or at least significantly narrowed, with further meet-and-
7   confer efforts.  Furthermore, the parties' meet-and-confer efforts appeared to take place via letter
8   (*see* Doc. 70 at 2–3), which does not sufficiently satisfy the Court's August 4, 2022, minute
9   order expressly requiring the parties to speak with each other in person, over the telephone, or
10  via video conferencing. (*See* Doc. 62.)

11      Accordingly, the Motions (Docs. 60, 61, 62, 64, 65, 66) are DENIED WITHOUT
12  PREJUDICE, subject to being renewed, after the parties have adequately met and conferred **by**
13  **speaking with each other in person, over the telephone, or via video conferencing**, and set
14  forth their differences in an updated Joint Statement re Discovery Disagreement, in accordance
15  with Local Rule 251.  Alternatively, in the unlikely event that the parties are unable to resolve
16  their disputes, they may avail themselves of the Court's informal discovery dispute process, set
17  forth in the undersigned's Court Procedures at:
18  https://www.caed.uscourts.gov/caednew/assets/File/SKO Web Info_revised_3_16_2020.pdf.
19  The hearing on the Motions, currently set for September 7, 2022, is VACATED.

20      Furthermore, the Court observes that, pursuant to the Scheduling Order, the non-expert
21  discovery deadline expired on August 5, 2022, the expert disclosures deadline expired on August
22  19, 2022, and the rebuttal expert disclosures deadline is set to expire tomorrow on September 2,
23  2022. (*See* Doc. 57.)  Based on the parties' representations in the Joint Statement, it appears that
24  an extension of the discovery deadlines would be agreeable and beneficial to both sides. (*See*
25  Doc. 70 at 2–3 (indicating that Plaintiff would be willing to withdraw the Motions if the Court
26  continued the discovery deadlines); *id.* at 4 (noting that, on July 28, 2022, Defendant requested
27  more time from Plaintiff to respond).)

28      Therefore, the Court further ORDERS that, **by no later than September 20, 2022,** the

parties SHALL meet and confer regarding a modified case schedule with extended discovery deadlines and file a stipulation setting for their proposed schedule for Court approval.

IT IS SO ORDERED.

Dated:   **September 1, 2022**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE