Arturo Verduzco
197 Timberwood Drive
Oakdale, CA 95361
Phone: 209-402-3275
Email: averduzcoo@aol.com
Plaintiff, *in Pro Per*

A.J. Weissler (Bar No. 343145)
aj.weissler@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
*Telephone: 314.480.1500 / Facsimile: 314.480.1505*

Michael Matta (Bar No. 325593)
Michael.Matta@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand, Suite 2850
Los Angeles, CA 90071
*Telephone:* 213.337.6550 / *Facsimile:* 213.337.6551
Attorneys for Defendant
CONAGRA FOODS PACKAGED FOODS, LLC

# UNITED STATES DISRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ARTURO VERDUZCO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC*;*<br><br>Defendant. | CASE NO. 1:18-cv-1681-ADA-SKO<br><br>**JOINT STIPULATION FOR MODIFIED CASE SCHEDULE; ORDER**<br><br>Complaint Filed:   December 11, 2018<br>Trial Date: None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Arturo Verduzco ("Plaintiff") and Defendant Conagra Foods Packaged Foods, LLC ("Defendant") (collectively referred to herein as "the Parties") hereby submit the following

Joint Stipulation For Modified Case Schedule ("Joint Stipulation") setting forth their proposed Scheduling Order for Court approval, as Ordered by the Court on September 1, 2022.

### I. Proposed Case Schedule

On September 19, 2022, and pursuant to the Court's September 1, 2022 Order Denying Without Prejudice Plaintiff's Motions to Compel, the Parties spoke via telephone to discuss a modified case schedule with extended deadlines. Accordingly, the Parties propose the following modified case schedule:

**A. Discovery Deadlines**

    a. Non-Expert Discovery

    Original Date: August 5, 2022

    Proposed Date: November 1, 2022

    b. Expert Disclosures

    Original Date: August 19, 2022

    Proposed Date: November 15, 2022

    c. Rebuttal Expert Disclosures

    Original Date: September 2, 2022

    Proposed Date: November 29, 2022

    d. Expert Discovery:

    Original Date: September 2, 2022

    Proposed Date: November 29, 2022

**B. Non-Dispositive Motion Deadlines**

    Original Filing Date: October 14, 2022

    Original Hearing Date: November 16, 2022

    Proposed Filing Date: December 14, 2022

    Proposed Hearing Date: January 16, 2023

**C. Dispositive Motion Deadlines**

    Original Filing Date: October 14, 2022

    Proposed Filing Date: December 14, 2022

**D. Deadline to Provide Proposed Settlement Conference Dates**

  Original Date: September 30, 2022

  Proposed Date: November 30, 2022

**II. CONCLUSION**

The Parties respectfully request that the Court approve the proposed schedule as outlined above.

Dated: September 22, 2022    Respectfully Submitted,

              By: *Signature with Filed Doc*
                 ARTURO VERDUZCO
                 Plaintiff, *in Pro Per*

Dated: September 22, 2022    Respectfully Submitted,

              HUSCH BLACKWELL LLP

              By: */s/ Michael Matta*
                 MICHAEL MATTA

              Attorneys for Defendant
              CONAGRA FOODS PACKAGED FOODS, LLC

**ORDER**

Based upon the parties' above stipulation (Doc. 74), and for good cause shown, the Court hereby GRANTS the parties' request to modify the Scheduling Order (Doc. 57), nunc pro tunc, August 5, 2022. The new case schedule is as follows:

  **Discovery Deadlines**:

    Non-Expert Discovery: November 1, 2022

    Expert Disclosures: November 15, 2022

    Rebuttal Expert Disclosures: November 29, 2022

Expert Discovery: November 29, 2022

**Non-Dispositive Motion Deadlines**

Filing: December 14, 2022

Hearing: January 18, 2023[1]

**Dispositive Motion Deadlines**

Filing: December 14, 2022

Hearing: January 23, 2023

**Deadline to Provide Proposed Settlement Conference Dates**

November 30, 2022

**Pre-Trial Conference**

June 26, 2023 at 1:30 p.m.[2]

Courtroom 1

The Court further SETS a trial in this case for August 29, 2023, at 8:30 a.m., in Courtroom 1 before the Honorable Ana de Alba, United States District Judge.

IT IS SO ORDERED.

Dated:   **September 21, 2022**          /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Sheila K. Oberto hears civil motions on Wednesdays at 9:30 a.m.

[2] The Court has continued the pretrial conference allow adequate time for the Court to rule on the parties' dispositive motions.