1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| ARTURO VERDUZCO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC,<br><br>　　　　　　　Defendant. | Case No.: 1:18-cv-1681-ADA-SKO<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED "*EX PARTE* APPLICATION FOR EXTENSION OF TIME IN THE PARTIES' CASE SCHEDULE (L.R. 144(c-d))"**<br><br>**(Docs. 76 & 81)** |

Having considered Defendant Conagra Foods Packaged Foods, LLC's "*Ex Parte* Application for Extension of Time on the Parties' Case Schedule" (Doc. 76), to which no opposition has been filed, and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the Court hereby GRANTS the Application and MODIFIES the case schedule (Doc. 75) as follows:

**Discovery Deadlines**:

Non-Expert Discovery: March 10, 2023

Expert Disclosures: April 5, 2023

Rebuttal Expert Disclosures: April 12, 2023

Expert Discovery: April 19, 2023

HB: 4890-0185-6066.1

**Non-Dispositive Motion Deadlines**

    Filing: April 21, 2023

    Hearing: May 31, 2023[1]

**Dispositive Motion Deadlines**

    Filing: April 28, 2023

    Hearing: June 5, 2023[2]

**Deadline to Provide Proposed Settlement Conference Dates**

    April 5, 2023

**Pre-Trial Conference[3]**

    November 6, 2023 at 1:30 p.m.

    Courtroom 1

**Trial**

    January 9, 2024 at 8:30 a.m.

    Courtroom 1

    Defendant Conagra Foods Packaged Foods, LLC's "*Ex Parte* Application for Extension of Time on Dispositive Motion Deadlines" (Doc. 81) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **December 20, 2022**          /s/ *Sheila K. Oberto*

                            UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto hears civil non-dispositive motions on Wednesdays at 9:30 a.m.

[2] District Judge de Alba hears civil dispositive motions on Mondays at 1:30 p.m.

[3] Although Defendant requested "no change" to the Pre-Trial Conference and Trial dates, these dates have been continued to allow the Court time to adjudicate dispositive motions and for the parties to prepare their pretrial submissions and for trial.

ORDER