UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARTURO VERDUZCO,<br><br>  Plaintiff,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC,<br><br>  Defendant. | Case No.: 1:18-cv-01681-ADA-SKO<br><br>**ORDER ON JOINT STIPULATION FOR MODIFIED CASE SCHEDULE**<br><br>**(Doc. 97)** |

Having considered the parties' Joint Stipulation for Modified Case Schedule (the "Stipulation") (Doc. 97), and for good cause appearing, the Court hereby GRANTS the Stipulation and MODIFIES the operative case schedule (Doc. 91) as follows:

**A.  Discovery Deadlines**

  a.  <u>Non-Expert Discovery</u>: August 7, 2023

  b.  <u>Expert Disclosures</u>: September 4, 2023

  c.  <u>Rebuttal Expert Disclosures</u>: September 29, 2023

  d.  <u>Expert Discovery</u>: October 13, 2023[1]

---

[1] The Court continues the expert discovery cut-off date, so it does not predate the deadline for rebuttal expert disclosures.

ORDER

HB: 4890-0185-6066.1

    **B.**    **Non-Dispositive Motion Deadlines**[2]

          Filing Date: October 20, 2023

          Hearing Date: November 29, 2023

    **C.**    **Dispositive Motion Deadlines**

          Filing Date: October 27, 2023

          Hearing Date: December 4, 2023

    **D.**    **Pre-Trial Conference**

          May 6, 2024, at 1:30 p.m.

          Courtroom 1

    **E.**    **Trial**[3]

          July 9, 2024, at 8:30 a.m.

          Courtroom 1

IT IS SO ORDERED.

Dated:   **April 18, 2023**                                       /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[2] The non-dispositive motions, dispositive motions, and pre-trial conference dates were continued in accordance with the Court's schedule.

[3] Although the parties indicated that the Stipulation would not affect the current trial date, this date has been continued to comply with the Court's schedule and to allow time for the parties to prepare for trial following the pre-trial conference.