LAW OFFICE OF RESHMA KAMATH
Reshma Kamath, Cal. Bar No. 333800,
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiff ARTURO VERDUZCO

A.J. Weissler (Bar No. 343145)
aj.weissler@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
*Telephone:* 314.480.1500 */ Facsimile:* 314.480.1505

Michael Matta (Bar No. 325593)
Michael.Matta@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand, Suite 2850
Los Angeles, CA 90071
*Telephone:* 213.337.6550 */ Facsimile:* 213.337.6551

Sarah George (Bar No. 328592)
Sarah.George@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
*Telephone:* 816.983.8283 */ Facsimile:* 816.983.8080

Attorneys for Defendant
CONAGRA FOODS PACKAGED
FOODS, LLC

ORDER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ARTURO VERDUZCO, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC;<br><br>　　　　Defendant. | CASE NO. 1:18-cv-1681-TLN-CKD<br><br>Judge Troy L. Nunley<br><br>**ORDER GRANTING JOINT STIPULATION TO RE-OPEN FACT DISCOVERY FOR LIMITED PURPOSES AND EXTEND RELATED MOTIONS DEADLINES**<br><br>Complaint Filed:　December 11, 2018<br>Trial Date: |

Having considered the parties' Joint Stipulation to Re-Open Fact Discovery for Limited Purposes and Extend Related Motions, and good cause appearing, IT IS HEREBY ORDERED THAT **discovery will be reopened until Friday, December 20, 2023**, for the limited purposes of allowing:

(1)　Defendant to complete Plaintiff's further deposition;

(2)　Plaintiff to conduct Defendant's PMK deposition subject to the *Federal Rules of Civil Procedure, Rule* 30(b)(6), and relevant case law;

(3)　The Parties to involve the Court to resolve any that may arise in connection with the two permitted depositions that the Parties cannot resolve after sufficient meet and confer efforts.

The Court further orders the following schedule:

(1)　Non-Dispositive Motion Deadline

　　**Filing Date: Tuesday, December 26, 2023**

(2)　Dispositive Motion Deadline

　　**Filing Date: Tuesday, January 2, 2024**

ORDER

IT IS SO ORDERED.

DATE: October 12, 2023

Troy L. Nunley
United States District Judge