UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO VERDUZCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CON AGRA FOODS PACKAGED FOODS, LLC,<br><br>　　　　Defendants. | 1:18-cv-01681-TLN-CKD<br><br>ORDER |

　　　　Defendant's motion for a protective order related to the deposition of defendant's person most knowledgeable (PMK) is pending before this court. (ECF No. 133.) Defendant filed the motion for a protective order on March 15, 2024, and noticed it for a hearing on April 10, 2024. (ECF No. 133.) The parties filed a joint statement regarding the discovery dispute on March 27, 2024. (ECF No. 134.)

　　　　The undersigned finds this matter proper for resolution on the papers and takes this matter under submission on the record. See L.R. 230(g). The motion hearing currently set for April 10, 2024, is hereby VACATED.

　　　　IT IS SO ORDERED.

Dated: April 3, 2024

21,verd.1681

　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE