1  A.J. Weissler (Bar No. 343145)
   aj.weissler@huschblackwell.com
   HUSCH BLACKWELL LLP
2  190 Carondelet Plaza, Suite 600
   St. Louis, MO 63105
3  *Telephone:* 314.480.1500 / *Facsimile:* 314.480.1505

4  Michael Matta (Bar No. 325593)
   Michael.Matta@huschblackwell.com
5  HUSCH BLACKWELL LLP
   355 South Grand, Suite 2850
6  Los Angeles, CA 90071
   *Telephone:* 213.337.6550 / *Facsimile:* 213.337.6551
7
   Sarah George (Bar No. 328592)
8  Sarah.George@huschblackwell.com
   HUSCH BLACKWELL LLP
9  4801 Main Street, Suite 1000
   Kansas City, MO 64112
10 *Telephone:* 816.983.8000 / *Facsimile:* 816.983.8080

11 Attorneys for Defendant ConAgra Foods
12 Packaged Foods, LLC

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| ARTURO VERDUZCO,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC,<br><br>Defendant. | Case No.: 1:18-cv-1681-TLN-SKD<br><br>**NOTICE OF WITHDRAWAL**<br><br>Action Filed: December 11, 2018<br>Trial Date: Not Set |

**NOTICE OF WITHDRAWAL**

Sarah I. George of the law firm of Husch Blackwell LLP hereby withdraws as counsel for Defendant in the above-captioned case. Ms. George's withdrawal will not cause any delay in these proceedings because Andrew Weissler remains as counsel for Defendant.

DATED: December 9, 2024          HUSCH BLACKWELL LLP

By: /s/ *Sarah I. George*
    SARAH I. GEORGE

Attorneys for DEFENDANT CONAGRA FOODS PACKAGED FOODS, LLC

### CERTIFICATE OF SERVICE

This is to certify that on the 9th day of December 2024, the above and foregoing was filed with the Court's electronic ECF filing/notification system and served on:

Reshma Kamath
Law Office of Reshma Kamath
700 El Camino Real Suite 120 #1084
Menlo Park, California 94025
Reshmakamath2021@gmail.com

                                                          */s/ Sarah George*