UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARTURO VERDUZCO,

      Plaintiff,

      v.

CON AGRA FOODS PACKAGED FOODS, LLC,

      Defendant.

No. 1:18-cv-01681-TLN-CKD

**ORDER**

On January 15, 2026, Plaintiff Arturo Verduzco ("Plaintiff") filed a Motion to Substitute Attorney or Appear Pro Se in this closed action. (ECF No. 180.) Within Plaintiff's motion, Plaintiff states his counsel, Reshma Kamath ("Kamath"), "lost her license last year." (*Id.*)

The Court has confirmed that Kamath is ineligible to practice law via the State Bar of California website, https://apps.calbar.ca.gov/attorney/Licensee/Detail/333800, last accessed January 20, 2026, at 3:30 PM (PST). Accordingly, the Court TERMINATES Kamath as attorney of record on this matter and GRANTS Plaintiff's Motion to proceed pro se. (ECF No. 180.) The Court notes it is in receipt of Plaintiff's Motion for Reconsideration (ECF No. 168) and Defendant Con Agra Foods Packaged Food, LLC's Motions to Strike (ECF Nos. 175, 177). These motions have been submitted and will be addressed by the Court in due course. No further

1

action is required by Plaintiff at this time.

Counsel for Plaintiff is ORDERED to SHOW CAUSE, in writing, within fourteen (14) days as to why she should not be sanctioned in the amount of $500 for:

1. Failure to promptly notify the Court of any disciplinary action or any change in status as required by Local Rule 184(b).

IT IS SO ORDERED.

Date: January 23, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2